No. 82–6973. LINDSEY v. LOUISIANA. Sup. Ct. La.;

No. 82–6979. LARETTE v. MISSOURI. Sup. Ct. Mo.;

No. 83–5077. SMITH v. MISSOURI. Sup. Ct. Mo.;

No. 83–5124. HOPKINSON v. WYOMING. Sup. Ct. Wyo.;

No. 83–5146. CRAIG ET AL. v. NORTH CAROLINA. Sup. Ct. N. C.; and

No. 83–5366. JAMES v. LOUISIANA. Sup. Ct. La. Certiorari denied. Reported below: No. 82–6973, 428 So. 2d 420; No. 82–6979, 648 S. W. 2d 96; No. 83–5077, 649 S. W. 2d 417; No. 83–5124, 664 P. 2d 43; No. 83–5146, 308 N. C. 446, 302 S. E. 2d 740; No. 83–5366, 431 So. 2d 399.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–7013. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 83–222. BORMAN'S INC. v. ALLIED SUPERMARKETS, INC. C. A. 6th Cir. Motion of Creditors' Committee of Allied Supermarkets, Inc., for leave to intervene as a party respondent denied. Alternative request to file a brief as *amicus curiae* granted. Certiorari denied.

No. 83–308. KELLY v. UNITED STATES. C. A. D. C. Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 83–5231. DUCKETT v. RAINES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.